**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60333-CV-MIDDLEBROOKS

ALEXEY SAMOKHIN,

       Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

       Respondents.

                              /

## <u>ORDER</u>

**THIS MATTER** is before the Court on the *pro se* "Emergency motion for Temporary Restraining Order" ("Emergency Motion") filed by Petitioner Alexey Samokhin ("Petitioner") in this federal habeas corpus proceeding brought pursuant to 28 U.S.C. § 2241.  (DE 8).   Petitioner seeks an Order from this Court enjoining his deportation until the Court rules on his § 2241 Petition.  (*Id.*)   The Parties are advised this Court intends to resolve the Emergency Motion as soon as practicable.   Accordingly, it is **ORDERED** that on or before **March 7, 2025**, Respondent shall file a response to the Emergency Motion, paying particular attention to arguments made by Petitioner that no bond hearing has been granted and he has been unlawfully detained in immigration custody since August 2, 2021.  *Id.* at 3.  Respondent shall insure that the merits of the Emergency Motion are fully addressed in its response.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 4th day of March, 2025.

                                                  Donald M. Middlebrooks
                                                  United States District Judge

**Copies furnished to:**

**Alexey Samokhin,** *Pro Se*
Alien # 231-958-681
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Mary Beth Ricke, AUSA**
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Email: Mary.Ricke@usdoj.gov